IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | |
| INFORMATION ASSOCIATED WITH AN ACCOUNT THAT IS STORED AT PRESMISES CONTROLLED BY YAHOO | Magistrate No. 16-699M<br>[UNDER SEAL] |

## MOTION TO SEAL SEARCH WARRANT

AND NOW comes the United States of America by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and Charles A. Eberle, Assistant United States Attorney for said District and respectfully moves the Court to issue an Order directing that any and all papers filed in the above-captioned matter, and the within Motion and Order to Seal, be sealed pending further Order of Court. In support of this Motion, it is respectfully submitted that the facts contained in these papers pertain to matters concerning an ongoing criminal investigation and the publication of said information would compromise the investigation.

Respectfully submitted,

DAVID J. HICKTON
United States Attorney

By:  CHARLES A. EBERLE
Assistant U.S. Attorney
PA ID No. 80782